IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE PARISIAN,

      Petitioner,

    v.

WARDEN SALAZAR, et al.,

      Respondents

Case No. 3:20-cv-00367-AC

ORDER

ACOSTA, Magistrate Judge.

    The court GRANTS Petitioner's Motion to Voluntarily Dismiss Petition (ECF No. 13) and hereby DISMISSES this action, without prejudice.

    IT IS SO ORDERED.

    DATED this 2nd day of June, 2020.

                                              /s/ John V. Acosta
                                              John V. Acosta
                                              United States Magistrate Judge

1 - ORDER